# MINUTES

CASE NUMBER: CR 07-00644JMS

CASE NAME: USA vs. Sterling K. Ginden

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE: J. Michael Seabright     REPORTER:

DATE: 12/28/2015     TIME:

COURT ACTION: EO:

Upon further review of the docket, the court lacks jurisdiction over the Motion for Early Termination of Supervised Release by Defendant Sterling Ginden. Doc. No. 76. Jurisdiction was transferred to the District of Nevada (Las Vegas) on September 30, 2014. Doc. No. 74. Accordingly, the Clerk of Court shall TRANSFER the Motion for Early Termination of Supervised Release, Doc. No. 76, to the U.S. District Court for the District of Nevada (Las Vegas).

Submitted by: Toni Fujinaga, Courtroom Manager.

## Orders on Motions

1:07-cr-00644-JMS USA v. Ginden et al **CASE CLOSED on 05/01/2008**

### U.S. District Court

### District of Hawaii

## Notice of Electronic Filing

The following transaction was entered on 12/28/2015 at 2:38 PM HST and filed on 12/28/2015

**Case Name:** USA v. Ginden et al
**Case Number:** 1:07-cr-00644-JMS
**Filer:**
**Document Number:** 78

**Docket Text:**
**EO: As to case USA v. (01) STERLING K. GINDEN.**
**Upon further review of the docket, the court lacks jurisdiction over the Motion for Early Termination of Supervised Release by Defendant Sterling Ginden. Doc. No. [76]. Jurisdiction was transferred to the District of Nevada (Las Vegas) on September 30, 2014. Doc. No. [74]. Accordingly, the Clerk of Court shall TRANSFER the Motion for Early Termination of Supervised Release, Doc. No. [76], to the U.S. District Court for the District of Nevada (Las Vegas).**
**(CHIEF U.S. DISTRICT JUDGE J. MICHAEL SEABRIGHT) (afc)**

**CERTIFICATE OF SERVICE**
Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry

**1:07-cr-00644-JMS-1 Notice has been electronically mailed to:**

Michael K. Kawahara     mike.kawahara@usdoj.gov, USAHI.ECFNarcotics@usdoj.gov, valerie.domingo@usdoj.gov

Pamela O'Leary Tower     pamelatower@earthlink.net

Edric Ming-Kai Ching     edric.ching@usdoj.gov, Jan.Yoneda@usdoj.gov, ann.yuuki@usdoj.gov, courtney.kinoshita@usdoj.gov, kari.sherman@usdoj.gov, myra.peterson@usdoj.gov

Victor J. Bakke     vbakke@yahoo.com, marisalynnmalone@yahoo.com

Marcus L. Landsberg     LandsbergLegal@gmail.com

**1:07-cr-00644-JMS-1 Notice will not be electronically mailed to:**

Paul J Cunney
Law Office of Paul J. Cunney
Central Pacific Plaza

220 S King St Ste 1220
Honolulu, HI 96813

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=12/28/2015] [FileNumber=2024713-0] [58a070e560102e0bba5b8ddec4f355f67df2f9dc9cc9051803cd2831dd19bb9879 8c9bbf1f790e52a28617c361c1ebff6874b0c2540cd5c0e57fbc89e005861c]]